IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GEORGE WILLIAMS, JR., #146146, )<br>)<br>  Plaintiff, )<br>)<br>v. )<br>)<br>TAYLOR HARDIN SECURE MEDICAL )<br>FACILITY and the STATE OF )<br>ALABAMA DEPARTMENT OF )<br>CORRECTIONS, )<br>)<br>  Defendants. ) | 2:05-CV-368-D<br>   WO |

## FINAL JUDGMENT

Upon consideration of the prior proceedings, opinions and orders entered in this case, it is CONSIDERED, ORDERED and ADJUDGED that judgment be and the same is hereby entered in favor of the defendants and against the plaintiff and that this case be and the same is hereby DISMISSED with prejudice prior to service of process.

Done this 19th day of May, 2005.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE